NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BMW OF NORTH AMERICA, LLC,**
*Appellant*

**v.**

**ARIGNA TECHNOLOGY LTD.,**
*Appellee*

---

2023-1931

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01531, IPR2022-00737.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2   BMW OF NORTH AMERICA, LLC V. ARIGNA TECHNOLOGY LTD.

(2)   Each side shall bear their own costs.

FOR THE COURT

September 18, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** September 18, 2024